IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURRY ROBINSON,<br><br>                Plaintiff,<br><br>vs.<br><br>KENNETH CAMERON, *Superintendent*;<br>JOHN E. WETZEL, *Secretary of D.O.C.*, and<br>VINCENT DEFELICE, *Unit Manager*,<br><br>                Defendants. | No. 3:16-cv-00044-KRG-LPL<br><br>Judge Gibson<br><br>Magistrate Judge Lenihan<br><br><br>***Electronically Filed.*** |

**CORRECTIONS DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

AND NOW, come the Defendants, Cameron, Wetzel and Defelice ("the Corrections Defendants"), by their attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Kenneth L. Joel, Chief Deputy Attorney General, Chief Litigation Section, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move for summary judgment on the Amended Complaint (Doc. # 17) heretofore filed by plaintiff Curry Robinson, upon the following grounds:

    1. Plaintiff, Curry Robinson, is a prisoner in the custody of the Pennsylvania Department of Corrections ("DOC"). Plaintiff is presently confined at the State Correctional Institution at Houtzdale ("SCI-Houtzdale").

    2. Plaintiff initiated this prisoner civil rights action in this Court on or about February 17, 2016, by filing a *pro se* Complaint, see (Doc. # 1). Plaintiff subsequently paid the filing fee in full, and the Complaint was docketed on March 15, 2016, see (Docs. # 2-4). An Amended

Complaint (Doc. # 17) was subsequently filed on June 27, 2016, which remains the operative complaint in this matter.[1]

3. This action is brought pursuant to 42 U.S.C. § 1983 against the Secretary of Corrections, John E. Wetzel, and two DOC officials at SCI-Houtzdale, Kenneth Cameron, Superintendent, and Vincent Defelice, a Unit Manager ("the Corrections Defendants").[2]  See Amended Complaint, at Facts Supporting Complaint #1, at ¶¶ 1-11.

4. Plaintiff's remaining claims are brought under the First Amendment and the Religious Land Use and Institutionalized Person Act (RLUIPA), and are based upon events alleged to have occurred while Plaintiff was confined at SCI-Houtzdale.  See Amended Complaint, at Facts Supporting Complaint #1, at ¶¶ 1-11.

5. As framed by this Court, the issue presented is "whether Plaintiff's freedom of religious expression has been substantially burdened.  Plaintiff appears to claim that 'the confessional provision' of the sex offender program violates his religious beliefs because it is 'Plaintiff's Religious practice of God being the only person confession is made to; through his LORD Jesus Christ,' *inter alia*.'  (ECF No. 17 at p. 5, ¶ 1)."  See Robinson v. Cameron, 2016 WL 8929260, *4 (W.D.Pa. 2016)(Report and Recommendation, September 1, 2016 (Doc. # 23), at 9).

6. The Corrections Defendants eventually filed their Answer (Doc. # 39) to the Amended Complaint on June 26, 2017.

---

[1] Plaintiff's Amended Complaint had been previously dismissed on motion of the Corrections Defendants.  See Robinson v. Cameron, 2016 WL 8943329 (W.D.Pa. 2016).  However, on appeal, the Third Circuit reversed and remanded for further proceedings.  See Robinson v. Superintendent Houtzdale SCI, 693 F.App'x 111, 115-118 (3d Cir. 2017).

[2] An unrelated claim against a fourth Corrections Defendant, Shannon Sage, has been dismissed. See Robinson v. Superintendent Houtzdale SCI, 693 F.App'x at 119.

7. The Corrections Defendants now move for summary judgment on the remaining claims in this matter because there are no genuine issues as to any material facts with respect to these remaining claims.

8. The Corrections Defendants have herewith filed a Brief in Support of this Motion, providing reasons in support of the foregoing assertion with greater particularity; the contents therein are incorporated by reference.

9. A Statement of Material Facts Not In Dispute and a compendium of Attachments to Statement of Material Facts Not in Dispute have also been filed herewith.

WHEREFORE, the Corrections Defendants respectfully request that judgment be entered in favor of Corrections Defendants Wetzel, Cameron and Defelice, and against the Plaintiff, Curry Robinson, on all remaining claims in the Amended Complaint (Doc. # 17).

Respectfully submitted,

JOSH SHAPIRO
Attorney General

　　s/ Scott A. Bradley
Scott A. Bradley
Senior Deputy Attorney General
Attorney I.D. No. 44627

Kenneth L. Joel
Chief Deputy Attorney General
Litigation Section

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-3586
Fax:    (412) 565-3019

Date:  November 22, 2017