IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURRY ROBINSON,<br><br>                Plaintiff,<br><br>     vs.<br><br>KENNETH CAMERON, *Superintendent*;<br>JOHN E. WETZEL, *Secretary of D.O.C.*; and<br>VINCENT DEFELICE, *Unit Manager*,<br><br>                Defendants. | No. 3:16-cv-00044-KRG-LPL<br><br>Judge Gibson<br><br>Magistrate Judge Lenihan<br><br>***Electronically Filed.*** |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Corrections Defendants' Motion for Summary Judgment heretofore filed, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**; **ACCORDINGLY**, **JUDGMENT** is entered in favor of Corrections Defendants Wetzel, Cameron and Defelice, and against the Plaintiff, Curry Robinson, on all remaining claims in the Amended Complaint (Doc. # 17).

BY THE COURT:

_____
Kim R. Gibson,
United States District Judge